Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>HAL DAVISON BALYEAT, JR.,<br><br>             Defendant. | No.  6:15-mj-120-MJS<br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Matthew McNease, acting legal officer for the National Park Service, and Defendant Hal Davison Balyeat, Jr., that the Initial Appearance in the above-captioned matter currently set for January 27, 2016, shall be continued to February 24, 2016 at 10:00 AM.  The request for a continuance is made because Defendant is currently living in Florida and needs additional time to make travel arrangements.

　　　　Defendant further agrees to waive personal service of any summons indicating

1

the new court date, and agrees to appear in person on February 24, 2016 at 10:00 AM.

Dated:  January 25, 2016         /S/ Matthew McNease
                                 Matthew McNease
                                 Acting Legal Officer
                                 Yosemite National Park


Dated:  January 25, 2016         /s/ Hal Davison Balyeat, Jr.
                                 Hal Davison Balyeat, Jr.
                                 Defendant


**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the January 27, 2016 Initial Appearance in the matter of *U.S. V. Hal Davison Balyeat, Jr.,* 6:15-mj-120-MJS, is moved to February 24, 2016, at 10:00 AM.

IT IS SO ORDERED.

Dated:   January 25, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE