Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

MAR 06 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:14-mj-00110-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| HAL DAVISON BALYEAT, JR., | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Hal Davison BALYEAT, Jr., has failed to obey all laws.

As the legal officer, I am aware that BALYEAT, was charged with engaging in fighting or threatening, or in violent behavior, in violation of Title 36 Code of Federal Regulations § 2.34(a)(1); using language, an utterance, or gesture, or engaging in a

display or act that is obscene, physically threatening or menacing or done in a manner that is likely to inflict injury or incite an immediate breach of the peace, in violation of Title 36 Code of Federal Regulations § 2.34(a)(2); committing simple assault, in violation of Title 18 United States Code §113(a)(5); and destroying, injuring, defacing or damaging property, in violation of Title 36 Code of Federal Regulations § 2.31(a)(3).

On February 27 2016, BALYEAT plead guilty to the charge of engaging in fighting, or threatening, or in violent behavior, Title 36 Code of Federal Regulations § 2.34(a)(1); and the charge of destroying property Title 36 Code of Federal Regulations § 2.31(a)(3). BALYEAT was sentenced to 24 months of unsupervised probation with the conditions he pay a $1000 fine, attend Alcoholics Anonymous 1 time per week for 6 months, obey all laws, and report all new violations of the law to the Court and the Government. The government alleges BALYEAT has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO OBEY ALL LAWS

BALYEAT was ordered to obey all laws. On August 23, 2016, BALYEAT was arrested in Multnomah County, OR, for driving under the influence of alcohol and reckless driving. BALYEAT notified the Government of the arrest on September 27, 2016. BALYEAT plead no contest to both charges on October 28, 2016.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_3/6/17_
Date

_[signature]_
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_3/6/17_
Date

_[signature]_
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2