Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HAL DAVISON BALYEAT, JR.,<br><br>            Defendant. | No.  6:15-MJ-0120-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for January 24, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 23, 2017.

.

Dated:  January 12, 2018                         NATIONAL PARK SERVICE

 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for January 24, 2018, in the above referenced matter, *United States v. Balyeat 6:15-mj-0120-MJS*, be vacated.

IT IS SO ORDERED.

Dated: January 12, 2018         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE